# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANG TONG, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAJORKAS, Secretary of the Homeland Security, et al.,<br><br>    Defendants. | Case No. 24cv149 JO-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE** |

On February 20, 2024, the parties jointly moved to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2). Accordingly, this case is DISMISSED WITHOUT PREJUDICE. Each party must bear its own attorney's fees and costs. The Clerk of the Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: February 23, 2024

_____
Hon. Jinsook Ohta
United States District Court